UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

PENG GUO, PHD,

    Plaintiff,

v.

MICHIGAN TECHNOLOGICAL
UNIVERSITY and DEAN L. JOHNSON,
In his individual capacity, severally and
individually,

    Defendants.

Case No.  2:21-cv-9

HON.  JANET T. NEFF

_____

| | |
|---|---|
| Raymond J. Sterling (P34456) | Michael S. Bogren (P34855) |
| Brian J. Farrar (P79404) | Attorney for Defendants |
| Attorneys for Plaintiff | PLUNKETT COONEY |
| STERLING ATTORNEYS AT LAW, P.C. | 333 Bridge Street, NW, Suite 530 |
| 33 Bloomfield Hills Pkwy., Suite 250 | Grand Rapids, Michigan  49504 |
| Bloomfield Hills, Michigan  48304 | (269) 226-8822 |
| (248) 644-1500 | mbogren@plunkettcooney.com |
| rsterling@sterlingattorneys.com | |
| bfarrar@sterlingattorneys.com | |

**FIRST STIPULATED ORDER TO EXTEND DEADLINES IN THE
CASE MANAGEMENT ORDER**

NOW COME the above parties by and through their respective counsel and hereby stipulate and agree to the following:

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel hereto, that the Case Management Order, dated March 9, 2021, may be amended regarding completion of discovery and dispositive motions contained in the order as follows:

1.  That the parties have until **November 9, 2021,** to complete discovery.

2.  That the deadline for filing a Request for Pre-Motion Conference shall be extended to **January 7, 2022**.

This request is necessitated by the fact that the parties are having difficulty with scheduling depositions.

**All other dates contained in the Case Management will remain the same.**

DATED: August 24, 2021              BY:  */s/Brian J. Farrar (with permission)*
                                                              Raymond J. Sterling (P34456)
                                                              Brian J. Farrar (P79404)
                                                              Attorneys for Plaintiff

DATED: August 24, 2021              BY: */s/Michael S. Bogren*
                                                             Michael S. Bogren (P34835)
                                                             Attorney for Defendants

**ORDER**

**IT IS HEREBY ORDERED** that the parties have until **November 9, 2021,** to complete discovery.

**IT IS FURTHER ORDERED** that the deadline for filing a Request for Pre-Motion Conference is **January 7, 2022**.

**All other dates contained in the Case Management will remain the same.**

Dated: August 25, 2021              /s/ *Maarten Vermaat*
                                                     _____
                                                     Hon. Maarten Vermaat
                                                     U.S. Magistrate Judge

Open.28394.10336.27039604-1

2