UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PENG GUO, PHD,

    Plaintiff,

v.

MICHIGAN TECHNOLOGICAL
UNIVERSITY,

    Defendant.
_____/

Case No. 2:21-cv-9

HON. JANE M. BECKERING

## AMENDED JUDGMENT

In accordance with the jury's verdict, and in accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Defendant Michigan Technological University, is liable to Plaintiff Peng Guo for violating the Elliott-Larsen Civil Rights Act for the following:

Past economic damages:  $5,000.00;

Past non-economic damages:  $100,000.00;

Future non-economic damages:  $100,000.00;

Costs:  $17,277.43;

Attorney's Fees:  $204,037.50;

Pre-judgment interest under Mich. Comp. Laws § 600.6013(1); and

Post-judgment interest under 28 U.S.C. § 1961.

2

**IT IS FURTHER ORDERED** that this Amended Judgment shall take the place of the Court's Judgment entered on September 12, 2024 (ECF No. 137).

Dated: January 13, 2025                       /s/ Jane M. Beckering
                                                                                              JANE M. BECKERING
                                                                                              United States District Judge