UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PENG GUO, Ph.D.,

Plaintiff,

Case No. 2:21-cv-9
Hon. Jane Beckering

vs.

MICHIGAN TECHNOLOGICAL UNIVERSITY,

Defendant.
______________________________/

Brian J. Farrar (P79404)
Jennifer L. Lord (P46912)
Attorneys for Plaintiff
STERLING ATTORNEYS AT LAW, P.C.
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
(248) 644-1500
bfarrar@sterlingattorneys.com
jlord@sterlingattorneys.com

Michael S. Bogren (P34855)
Audrey J. Forbush (P41744)
Charles L. Bogren (P82824)
Attorneys for Defendants
PLUNKETT COONEY
333 Bridge Street, NW, Suite 530
Grand Rapids, Michigan 49504
(269) 226-8822
mbogren@plunkettcooney.com
cbogren@plunkettcooney.com
______________________________/

## NOTICE OF ATTORNEY'S CHARGING LIEN

Sterling Attorneys at Law, P.C. ("Sterling" or "the Firm"), former counsel of record for Plaintiff Peng Guo, PhD, hereby gives notice that it asserts and claims an attorney's charging lien under Michigan common law, securing the Firm's fees and costs out of the judgment and recovery obtained through its services. In support of this Notice, the Firm states:

1. Sterling represented Dr. Guo in this action pursuant to a written Attorney Fee Agreement dated December 11, 2020 and a Supplemental Attorney Fee Agreement dated September 30, 2024.

2. Through the Firm's services, Dr. Guo obtained a jury verdict and judgment against Defendant Michigan Technological University for violation of the Elliott-Larsen Civil Rights Act. The Court entered its Second Amended Judgment on October 22, 2026 (ECF No. 176), awarding Dr. Guo $205,000.00 in damages, $17,277.43 in costs, $204,037.50 in trial attorney's fees, $17,825.50 in appellate attorney's fees, and pre and post-judgment interest. The Sixth Circuit affirmed and issued its mandate, and the judgment is now final.

3. Michigan recognizes a common-law attorney's charging lien, which is an equitable right to have the fees and costs due for services secured out of the judgment or recovery in a particular suit, and which creates a lien on a judgment, settlement, or other money recovered as a result of the attorney's services. Such a lien automatically attaches to the funds or money judgment recovered through the attorney's services.

4. By reason of the services it rendered in obtaining the judgment, Sterling asserts a charging lien upon the Second Amended Judgment and all sums payable on it, to the extent of the attorney's fees and costs owed to the Firm under the December 11, 2020 and September 30, 2024 agreements. This

includes, without limitation, the court-awarded attorney's fees of $204,037.50 and $17,825.50, the Firm's contingent fee measured out of the recovery, the unpaid balance of the Firm's appellate fees and costs, and interest — in a total amount to be determined by the Court.

5. Notice is hereby given to Defendant Michigan Technological University, as judgment debtor, and to all persons, that the judgment proceeds are subject to the Firm's charging lien and may not be disbursed free of that lien. Payment of the judgment should account for and protect the Firm's lien pending resolution of the amount owed.

6. The Firm does not waive, and expressly reserves all rights to move the Court to determine and enforce the amount of its lien, to seek deposit of the disputed portion of the judgment proceeds into the Court's registry pending that determination, and to pursue all other available remedies. Nothing in this Notice limits any such right.

Respectfully submitted,

STERLING ATTORNEYS AT LAW, P.C.

By: /s/Brian J. Farrar

Brian J. Farrar (P79404)
Jennifer L. Lord (P46912)
Attorneys for Plaintiff
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
(248) 644-1500

Dated: October 30, 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PENG GUO, Ph.D.,

Plaintiff,

Case No. 2:21-cv-9
Hon. Jane Beckering

vs.

MICHIGAN TECHNOLOGICAL UNIVERSITY,

Defendant.
_______________________________/

Brian J. Farrar (P79404)
Jennifer L. Lord (P46912)
Attorneys for Plaintiff
STERLING ATTORNEYS AT LAW, P.C.
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
(248) 644-1500
bfarrar@sterlingattorneys.com
jlord@sterlingattorneys.com

Michael S. Bogren (P34855)
Audrey J. Forbush (P41744)
Charles L. Bogren (P82824)
Attorneys for Defendants
PLUNKETT COONEY
333 Bridge Street, NW, Suite 530
Grand Rapids, Michigan 49504
(269) 226-8822
mbogren@plunkettcooney.com
cbogren@plunkettcooney.com
_______________________________/

**PROOF OF SERVICE**

On the date below, I filed the Notice of Attorney's Charging Lien and this Proof of Service via the Court's electronic filing system, upon all counsel of record, and via email and U.S. First Class Mail upon:

Dr. Peng Guo
127 Ardmore Ave.
Ardmore PA 19003
p.guo@hotmail.com

I declare the above statements to be true to the best of my knowledge, information, and belief.

/s/Brian J. Farrar
Brian J. Farrar (P79404)

Dated: October 30, 2026