# EXHIBIT A

**Archived:** Friday, November 6, 2026 4:09:43 PM
**From:** Peng Guo
**Sent:** Fri, 23 Oct 2026 16:48:45
**To:** Bogren, Michael
**Cc:** shschult@mtu.edu
**Subject:** Guo v. MTU, No. 2:21-cv-9
**Importance:** Normal
**Sensitivity:** None

---

**[EXTERNAL]**
Dear Counsel,

Mr. Farrar's representation of me ended on October 22, 2026. I will represent myself and will move on Monday, October 26 to substitute myself as counsel of record. Please let me know by 12:00 p.m. Eastern that day whether Defendant concurs.

My instructions of October 6 and 7, 2026 remain in effect. Mr. Farrar and his firm are not authorized to receive, hold, negotiate, endorse, or distribute any judgment proceeds, to give payment instructions, or to agree to, sign, or file any satisfaction of judgment on my behalf. If you have received, or later receive, any payment instructions from Mr. Farrar or his firm, please do not act on them without my written consent or an order of the Court.

Sterling has indicated that it claims an interest in the proceeds, and I have asked it to state its claim in writing. Once it does, I will provide written instructions, or obtain a Court order, on how the amount it claims is to be paid. The remainder should be paid to me. Until then, please make no payment, issue no check payable to Sterling or jointly to Sterling and me, and file no satisfaction of judgment.

Thank you,

Peng Guo, Ph.D
919-332-8947